UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| Cumberland County Hospital System, Inc., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| Sylvia Matthews Burwell, *in her official capacity* | ) | |
| *as Secretary of Health and Human Services*, | ) | 5:14-CV-508-BR |
| | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**Decision by Court.**

This matter is before Senior United States District Judge W. Earl Britt on defendant's motions to dismiss.

**IT IS ORDERED, ADJUDGED AND DECREED** that defendant's motion to dismiss, (DE # 11), is GRANTED, and this case is closed.

**This judgment filed and entered on March 18, 2015, and served on:**

Kathryn F. Taylor (via CM/ECF Notice of Electronic Filing)
Caroline L. Wolverton (via CM/ECF Notice of Electronic Filing)
Charles George (via CM/ECF Notice of Electronic Filing)
Ronald S Connelly (via CM/ECF Notice of Electronic Filing)
Benjamin N. Thompson (via CM/ECF Notice of Electronic Filing)

March 18, 2015                                                   /s/ Julie A. Richards,
                                                                                       Clerk of Court